LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-08597-BRO (VBKx) | Date | March 1, 2016 |
|---|---|---|---|
| Title | E-HOSE TECHNOLOGIES, LLC ET AL. V. DEJA VU SMOKE AND GIFT ET AL. | | |

Present: The Honorable  **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present                                  Not Present

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE FAILURE TO APPEAR

On January 14, 2016, the Court received a Mediation Report notifying the Court that the parties in this matter had completely settled the case. (*See* Dkt. No. 40.) The following day, the Court ordered the parties to file a Stipulation and Proposed Order dismissing the action, or, in the alternative, a Joint Status Report, by no later than February 5, 2016. (Dkt. No. 41.) On February 5, 2016, Plaintiffs E-Hose Technologies, LLC and PhD Marketing, Inc. ("Plaintiffs") filed a declaration of their counsel, Jessica C. Covington. (Dkt. No. 42.) Ms. Covington explained that despite multiple attempts to contact Defendant Kenneth Walsh, she received no response regarding the settlement agreement. (Decl. of Jessica C. Covington ¶¶ 4–8.) The Court subsequently scheduled a Status Conference for Tuesday, March 1, 2016, at 9:00 a.m. (Dkt. Nos. 43, 44.)

On March 1, 2016, Plaintiffs appeared but Defendant Walsh did not. Ms. Covington represented that she had received an email from Defendant's Walsh's assistant the previous evening stating that he was unavailable. The Court did not receive any information from Defendant Walsh. In addition, Ms. Covington stated that Defendant Walsh objected to certain "inconsistencies," but failed to identify any inconsistencies.

Accordingly, Defendant Walsh is **ORDERED SHOW CAUSE** as to why he failed to (1) appear at the Status Conference and (2) inform the Court that he would not be attending the Status Conference.

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-08597-BRO (VBKx) | Date | March 1, 2016 |
|---|---|---|---|
| Title | E-HOSE TECHNOLOGIES, LLC ET AL. V. DEJA VU SMOKE AND GIFT ET AL. | | |

Defendant Walsh's Response to the Order to Show Cause must be filed no later than **March 4, 2016, at 4:00 p.m.** Plaintiffs are ORDERED to serve Defendant Walsh with this Order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |