Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiffs*
*E-Hose Technologies LLC and*
*PhD Marketing, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-HOSE TECHNOLOGIES LLC, a California Limited Liability Company; and PhD MARKETING, INC., a California Corporation,<br><br>                Plaintiffs,<br><br>        v.<br><br>DEJA VU SMOKE AND GIFT, an unknown business entity; KENNETH WALSH, an individual; and DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO. 2:14-cv-08597-BRO-VBK<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY ACTION OF DISMISSAL WITH PREJUDICE** |

1  **WHEREAS** Plaintiffs **E-Hose Technologies LLC** and **PhD Marketing, Inc.**
2  (collectively "Plaintiffs" or "E-Hose") having filed a First Amended Complaint in this
3  action charging **Defendants Kenneth Walsh** and **Deja Vu Smoke and Gift**
4  (collectively "Defendants" or "Deja Vu") with Trademark Infringement, False
5  Designations of Origin, and Unfair Competition under federal, state, and common law
6  arising from Defendants' manufacture, production, distribution, promotion,
7  advertisement, offering for sale, and/or sale of electronic hookahs bearing counterfeit
8  reproductions of the E-Hose Marks (shown below); and

| Trademark | U.S. Reg./Serial No. | Class(es)/Goods |
|---|---|---|
| **E-HOSE** | 4,463,945 | Chemical flavorings in liquid form contained within a cartridge used to refill electronic cigarettes |
| **E-HOSE** | 4,456,664 | Cigarette tubes; Electric cigarettes; Electronic cigarette refill cartridges sold empty; Electronic cigars; Electronic hookahs; Hookah parts, namely, tube and hose; Hookah tobacco; Hookahs; Smokeless cigarette vaporizer pipe; Smoker's articles, namely, hookah charcoal. |
| SQUARE | 4,005,820 | Electric cigarettes; Electric cigars ; Electric smoking pipes. |

**WHEREAS** the parties herein having simultaneously entered into a Settlement Agreement and Mutual Release; and

**WHEREAS** the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Consent Judgment; and

**WHEREAS** Defendants do not admit or deny liability with regard to the allegations contained in the First Amended Complaint to this action; and

**WHEREAS** Defendants have agreed to consent to the below judgment, **IT IS HEREBY ORDERED THAT**:

1. This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Judgment shall be entered in favor of Plaintiffs in the amount of **$20,000.00** against Defendants with respect to Plaintiffs' claims as set forth in the First Amended Complaint filed in the present action.

**WHEREAS**, Defendants have agreed to consent to the below terms of a permanent injunction, **IT IS FURTHER ORDERED** that:

3. Defendants and their agents, servants, employees and all entities and/or persons in active concert and participation with them who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from:

    (a) Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling infringing products that bear the E-Hose Marks, or any other marks identical and/or confusingly similar thereto;

    (b) Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner products that bear the E-Hose Marks except as otherwise provided in the parties' confidential written Settlement Agreement;

    (c) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 3(a) to 3(b) above.

4. Plaintiffs and Defendants shall bear their own costs and attorneys' fees associated with this action.

5. The execution of this Final Consent Judgment shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not

1  have preclusive effect on those who are not a party to this action or who are not
2  specifically released in the parties' written settlement agreement, all claims against
3  whom Plaintiffs expressly reserve.
4        6.     The jurisdiction of this Court is retained for the purpose of making any
5  further orders necessary or proper for the construction or modification of this Final
6  Consent Judgment, the enforcement thereof and the punishment of any violations
7  thereof.  Except as otherwise provided herein, this action is fully resolved with
8  prejudice.

          IT IS SO ORDERED.

          DATED:  March 23, 2016

                                         _____
                                         HON. BEVERLY REID O'CONNELL
                                         United States District Judge